## No. 17,124.

TOWN OF CARBONDALE ET AL. *v.* GLASSIER ET AL.
(264 P. [2d] 511)

Decided December 14, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. GEORGE J. PETRE, Mr. ROBERT S. ZIMMERMAN, for plaintiffs in error.

Mr. ROBERT DELANEY, for defendants in error.